# United States Court of Appeals for the Federal Circuit

---

December 8, 2011

**ERRATA**

---

Appeal No. 2011-3136

**JULIAN E. PUNONGBAYAN,**

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**

Decided:  November 15, 2011
Nonprecedential Opinion

---

Please make the following change:

Replace the sentence bridging pages 2-3 with the following sentence --Because temporary or indefinite positions within the excepted service are not covered by the Civil Service Retirement Act ("CSRA"), OPM determined that he was ineligible to make a deposit--.